JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY HOLLAND, | ) | Case No. CV 19-8714 FMO (AFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| GOLDEN SOUP RESTAURANT, INC., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

                                                                                /s/
                                            Fernando M. Olguin
                                      United States District Judge